UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WOODROW WILLS, JR. and
SYLVIA J. WILLS,

        Plaintiffs,

v.                                                                Case No: 6:23-cv-1354-PGB-DCI

ALLY FINANCIAL INC.,

        Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss the Amended Complaint (Doc. 31 (the "**Motion**")), filed February 4, 2024. Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 32 (the "**Report**")) recommending that Defendant's Motion be granted. No parties have filed an objection, and the time to do so has now passed.[1]

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report.

Therefore, it is **ORDERED** as follows:

1. The Report, filed March 13, 2024 (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order;

---

[1] The Court notes that Plaintiffs also did not file a response to the underlying Motion.

2. Defendant's Motion to Dismiss the Amended Complaint (Doc. 31) is **GRANTED**;

3. The Amended Complaint (Doc. 29) is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 1, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties